# Court of Appeals
# of the State of Georgia

ATLANTA,   June 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1738.  ERIC SULLIVAN v. ADRIENE SULLIVAN.**

The superior court entered an order denying various pro se motions filed by Eric Sullivan in this probate case.  Sullivan filed an application for discretionary appeal, which this Court denied.  See Case No. A14D0270, decided April 1, 2014. Sullivan also filed this direct appeal.[1]

"[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review." (Citation and punctuation omitted.) *Elrod v. Sunflower Meadows Development, LLC*, 322 Ga. App. 666, 668 (4) (745 SE2d 846) (2013); see also *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003). Our denial of Sullivan's discretionary application bars his direct appeal from the same order.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  06/10/2014
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Sullivan appealed to the Supreme Court, which transferred the case here upon finding that jurisdiction was not proper in that Court.